Antonio H. Rodriguez (CBN 51443)
LAW OFFICES OF ANTONIO H. RODRIGUEZ
5429 Beverly Boulevard
Los Angeles, California 90022
T – 323-869-9909, F – 323-869-9911
E-mail: antoniohr@arodriguezlaw.com

Jorge Gonzalez (CBN 100799)
A PROFESSIONAL CORPORATION
2485 Huntington Drive, Suite 238
San Marino, California 91108
T – 626-328-3081, C – 213-598-3278
E-mail: jggorgeous@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF JUAN MANUEL AVILA, JR.,** by and through its **Personal Representative, Juan Manuel Avila, Sr.; JUAN MANUEL AVILA, SR.;** and **MARIA AVILA,** for themselves, | **Case No.: 2:17-CV-05607 AB JPR** *Assigned to Honorable Judge Andre Birotte and Magistrate Judge Jean P. Rosenblath)* |
| **Plaintiffs,** | **NOTICE OF SETTLEMENT** |
| **vs.** | |
| **CITY OF LONG BEACH,** a public entity; **LONG BEACH POLICE DEPARTMENT; ELIESER DOMINGO (#10782); NICHOLAS BECERRA (#10943); BENJAMIN HEARST (#10766); IVAN GARCIA (#10792);** and **DOES 1 through 10,** individually and in their official capacity as police officers for the **Long Beach Police Department,** | |
| **Defendants.** | |

PLEASE TAKE NOTICE that the parties have settled this case, subject to approval of the Long Beach City Council.  Each party is to bear their own costs and attorney fees.

The parties request the Trial Date be taken off calendar, and an OSC re dismissal be issued for a period of 45 days.

Dated: January 4, 2019                    LAW OFFICES OF JORGE GONZALEZ


By:    /S/ *Jorge Gonzalez*

Jorge Gonzalez, Esq.


One of the Attorneys for Plaintiffs
ESTATE OF JUAN MANUEL AVILA, JR.,
JUAN MANUEL AVILA, SR., and MARIA
AVILA