JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Juan Manuel Avila, Jr., et al<br><br>Plaintiff,<br><br>v.<br><br>City of Long Beach, et al<br><br>Defendants. | Case No.  CV 17-05607-AB (JPRx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __45__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 8, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE